

# Fourth Court of Appeals
## San Antonio, Texas

October 9, 2015

No. 04-15-00306-CV

Cynthia L. **BARKMAN** and Charles N. Barkman,
Appellants

v.

**USAA FEDERAL SAVINGS BANK**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2015CV01936
Honorable Jason Wolff, Judge Presiding

# O R D E R

Appellants' brief was due on August 5, 2015. *See* TEX. R. APP. P. 38.6(a). On August 24, 2015, after neither a brief nor a motion for extension of time was timely filed, we ordered Appellants to show cause in writing by September 3, 2015, why this appeal should not be dismissed for want of prosecution. *See id.* R. 38.8(a), 42.3(b), (c). On September 4, 2015, Appellants filed a brief. Appellants' brief did not contain any citations to the record in either the statement of facts or argument sections. *Contra id.* R. 38.1(g), (i).

We struck Appellants' brief and ordered Appellants Charles Barkman and Cynthia L. Barkman to file an amended brief no later than September 28, 2015. To date, we have not received an amended brief or a motion for extension of time to file an amended brief.

We ORDER Appellants to file their brief and SHOW CAUSE in writing within TEN DAYS of the date of this order why this appeal should not be dismissed for want of prosecution. *See id.* R. 38.8(a). Appellants' written response must include a reasonable explanation for (1) Appellants' failure to timely file the brief and (2) why Appellee is not significantly injured by Appellants' failure to timely file the brief. *See id.*

**If Appellant fails to file the brief and show cause as ordered, this appeal will be dismissed without further notice.** *See id.* R. 42.3(b), (c); *Herrera v. Tex. State Bd. of Plumbing Examiners*, No. 04-13-00870-CV, 2015 WL 4116135, at *1 (Tex. App.—San Antonio July 8,

2015, no pet.) (mem. op.); *Newman v. Clark*, 113 S.W.3d 622, 623 (Tex. App.—Dallas 2003, no pet.) (per curiam).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of October, 2015.



_____
Keith E. Hottle
Clerk of Court